## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Gay v. State of Illinois et. al.    Case Number: 1:18-cv-07196

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff Anthony Gay

Attorney name (type or print): Antonio M. Romanucci

Firm: Romanucci & Blandin, LLC

Street address: 321 N. Clark Street, Suite 900

City/State/Zip: Chicago, IL

Bar ID Number: 6190290
(See item 3 in instructions)

Telephone Number: 312-458-1000

Email Address: aromanucci@rblaw.net

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/31/2018

Attorney signature:    S/ Antonio M. Romanucci
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015