**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 18-cv-7196 |
| *Gay v. State of Illinois, et al.* | Hon. Sara Ellis |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant(s): John Baldwin

---

NAME (Type or print)
Phillip W. Rehani

---

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/   *Phillip W. Rehani*

---

FIRM
Office of the Illinois Attorney General

---

OFFICE ADDRESS
100 W. Randolph, 13th Floor
Chicago, Illinois  60601

---

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6309981 | (312) 814-3700 |

---

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES _X_  NO___ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ___  NO _X_ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ___  NO _X_ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES _X_  NO___ |