# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY GAY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18-cv-07196 |
| | ) | |
| v. | ) | Honorable Sara L. Ellis |
| | ) | Judge Presiding |
| STATE OF ILLINOIS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL WITHIN SAME FIRM

Undersigned counsel submits the following substitution of counsel for Defendant John Baldwin, pursuant to Local Rule 83.17, which allows substitutions of counsel without motion where counsels are of the same firm. Assistant Attorney General Phillip Rehani will no longer represent this Defendant and should hereby be withdrawn as counsel.

Dated: January 9, 2019

Respectfully Submitted,

LISA MADIGAN
Attorney General of Illinois

*/s/ Nicholas S. Staley*
NICHOLAS S. STALEY
Assistant Attorney General
General Law Bureau
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-3711
nstaley@atg.state.il.us

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that on January 9, 2019, he electronically filed the foregoing document with the Clerk of the Court for the Northern District of Illinois by using the CM/ECF system. All participants in the case are registered CM/ECF users who will be served by the CM/ECF system.

                */s/ Nicholas S. Staley*
                NICHOLAS S. STALEY