# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Anthony Gay

                Plaintiff,

v.                                            Case No.: 1:18–cv–07196
                                            Honorable Sara L. Ellis

State Of Illinois, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 17, 2019:

    MINUTE entry before the Honorable Sara L. Ellis: Status hearing held on 1/17/2019. Briefing schedule on motions to dismiss: Defendants' motions are due by 2/15/19; Plaintiff's responses are due by 3/15/19; Defendants' replies are due by 3/29/19. Briefing schedule on motion to transfer venue: Defendants' motion to transfer to venue is due by 1/25/19; Plaintiff's response is due by 2/15/19; Defendants' reply is due by 3/1/19. Next status date set for 4/2/19 at 9:30 a.m. for ruling to transfer venue. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.