# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: ANTHONY GAY v. STATE OF ILLINOIS, et al.

Case Number: 18-cv-07196

An appearance is hereby filed by the undersigned as attorney for:
State of Illinois - Defendant

Attorney name (type or print): Nicholas S. Staley

Firm: Office of the Illinois Attorney General

Street address: 100 West Randolph Street, 13th Floor

City/State/Zip: Chicago, Illinois 60601

Bar ID Number: 6314066
(See item 3 in instructions)

Telephone Number: 312-814-3711

Email Address: nstaley@atg.state.il.us

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 18, 2019

Attorney signature:   S/ Nicholas S. Staley
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015