

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**                                                                                    312-435-5670
**Clerk**

Date: 4/17/19

United States District Court
Central District of Illinois

Re: Anthony Gay v. State of Illinois, et al.,

USDC Case Number: 18 CV 7176

Dear Clerk:

Pursuant to the order entered by Honorable **Sara L. Ellis**, on 3/27/19, the above record was

☒ electronically transmitted to Central District of Illinois

☐ paper documents were sent via certified mail to

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely,
Thomas G. Bruton, Clerk

By:    /s/ Sheila Moore
         Deputy Clerk

New Case No. _____          Date _____

cc:    Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016