IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| Anthony Gay, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:19-CV-01133 |
| | ) | |
| v. | ) | Judge Harold A. Baker |
| | ) | Magistrate Judge Eric I. Long |
| John Baldwin *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### REPORT OF PARTIES' DISCOVERY PLANNING MEETING

1. The parties held a planning meeting via telephone conference pursuant to Fed. R. Civ. P. 26(f) on October 7, 2019, and agreed to this report. Stephen Weil, Nicolette Ward, and Maggie Filler participated for the plaintiff, and Nicholas Staley, Stetson Atwood, and Joseph Rupcich participated for the defendants.

2. Jurisdiction.

    The Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343. The parties agree that federal question jurisdiction is present given the constitutional claims and federal statutory claims that the plaintiff has alleged.

3. Pre-Discovery Disclosures.

    The parties will exchange Rule 26(a)(1) information by November 5, 2019.

4. Discovery Plan.

    The parties propose the following discovery plan.

    Discovery will be needed on the following subjects:

    – Whether the defendants inflicted cruel and unusual punishment on the plaintiff, and whether they are liable under 42 U.S.C. § 1983;

- Whether the defendants discriminated against the plaintiff because of his disability, and whether they are liable under the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*;

- Whether the defendants discriminated against the plaintiff because of his disability, and whether they are liable under the Rehabilitation Act, 29 U.S.C. § 701 *et seq.*;

- Whether Defendants deprived Plaintiff of due process under the Fourteenth Amendment, and whether they are liable under 42 U.S.C. § 1983;

- Defendants' affirmative defenses; and

- The existence and extent of Plaintiff's damages.

Disclosure of discovery of electronically stored information will be handled through an ESI protocol, which the parties will submit by November 15, 2019. The ESI protocol will describe any areas of disagreement that the parties have regarding ESI discovery.

The last date to complete all fact discovery is November 20, 2020.

Maximum of 25 interrogatories by each party to any other party.

Maximum of 40 requests for admission by each party to any other party.

The parties shall be entitled to conduct depositions of the (a) parties, (b) individuals identified as potential witnesses pursuant to Rule 26(a)(1), and (c) 10 additional depositions (not including depositions of persons identified pursuant to Rule 26(a)(2)). Each deposition is limited to a maximum of 7 hours, not including breaks, unless extended by stipulation or court order.

The parties must disclose the identity of any Rule 26(a)(2) witness and the witness's written report (if applicable) by:

   January 22, 2021, for the plaintiff;

   March 5, 2021, for the defendants;

   April 16, 2021, for Rule 26(e) supplements; and

   June 22, 2021, for completion of expert discovery.

5. Other Items.

The last date the plaintiff may seek permission to join additional parties and to amend the pleadings is August 26, 2020.

The last date the defendants may seek permission to join additional parties and to amend the pleadings is September 28, 2020.

The time to file Rule 26(a)(3) pretrial disclosures will be governed by separate order.

The case should be ready for jury trial by November 1, 2021 and at this time is expected to take approximately 5-10 days.

6. Consent to proceed before a magistrate judge

At this time not all parties consent to proceed before a magistrate judge.

7. Alternative Dispute Resolution.

The parties have discussed the possibility of settlement but do not believe alternative dispute resolution would be fruitful at this time.

October 15, 2019                                         Respectfully submitted,

*/s/ Nicholas S. Staley*                                  */s/ Stephen H. Weil*
Nicholas S. Staley - nstaley@atg.state.il.us              Stephen H. Weil – weil@loevy.com
Illinois Attorney General's Office                        Loevy & Loevy
100 W Randolph Street                                     311 N. Aberdeen Street
13th Floor                                                3rd Floor
Chicago, IL 60601                                         Chicago, IL 60607
                                                          312-243-5900

*/s/ Joseph N. Rupcich*                                   Antonio Romanucci - aromanucci@rblaw.net
Joseph N. Rupcich - jrupcich@cassiday.com                 Nicolette Ward - nward@rblaw.net
Cassiday Schade LLP                                       Romanucci & Blandin LLC
111 North 6th Street                                      321 N Clark Street
Suite 200                                                 Suite 900,
Springfield, IL 62701                                     Chicago, IL 60654
217-572-1714                                              312-458-1000

*/s/ Stetson Atwood*                                      Maggie E Filler - maggie.filler@macarthurjustice.org
Stetson Atwood - atwood@dbmslaw.com                       Roderick and Solange MacArthur Justice Center
Donohue Brown Mathewson & Smyth LLC                       375 E. Chicago Avenue,
140 South Dearborn Street,                                Chicago, IL 60611
Suite 800                                                 (312) 503-1271
Chicago, IL 60603
(312) 422-9939

*Counsel for Defendants*                                  *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2019, a true and correct copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's ECF electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Stephen H. Weil