# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

www.ilcd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

Instructions: Complete this form and e-file it in <u>each</u> open case you list below.  The event used to e-file this change is under the Notice Section, subsection Notice of Address Change.  It is important that you select this event for either an address change or name change.  If you have a change to your e-mail address, this does not need to be e-filed with the court.  However, you are responsible for updating and maintaining your e-mail address within CM/ECF.  IT IS IMPERATIVE TO KEEP YOUR E-MAIL ADDRESS UPDATED.  Your e-mail address is your means of receiving electronic case notices, therefore updating your record is critical.  See instructions regarding updating e-mail address.  Any questions, please contact the division which you are filing your notice.

| NAME | Maggie E. Filler |
|---|---|
| FIRM | Roderick and Solange MacArthur Justice Center |
| STREET ADDRESS | 160 East Grand Avenue, 6th Floor |
| CITY/STATE/ZIP | Chicago, Illinois 60611 |
| PHONE NUMBER | (312) 503 -0899 |

If you have previously filed an appearance with this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 19-cv-01133 | Gay v. Baldwin, et al., | Harold A. Baker |
| 16-cv-1366 | Sanders v. Melvin, et al., | Joe Billy McDade |
|  |  |  |
|  |  |  |

(Attach a separate sheet if necessary.)

| /s/ Maggie E. Filler | 10/18/2019 |
|---|---|
| Attorney's Signature | Date |