## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Defendants' Initial Rule 26(a)(1) Disclosures were served this 5th day of November, 2019, via email, upon the following:

**Antonio M Romanucci**
**Nicolette Anne Ward**
ROMANUCCI & BLANDIN LLC
Suite 900
321 N Clark Street
Chicago, IL 60654
312-458-1000
aromanucci@rblaw.net

**Maggie E Filler**
RODERICK AND SOLANGE
MACARTHUR JUSTICE CENTER
6th Floor
160 East Grand Avenue
Chicago, IL 60611
312-503-0899
maggie.filler@macarthurjustice.org

**Stephen H Weil**
LOEVY & LOEVY
3rd Floor
311 North Aberdeen St
Chicago, IL 60607
312-243-5900
weil@loevy.com

**Alexis G Chardon**
WEIL & CHARDON LLC
Suite 2700
333 S Wabash Ave
Chicago, IL 60604
312-585-7404
ali@weilchardon.com

**Joseph N Rupcich**
**Rachael N Hayes**
CASSIDAY SCHADE LLP
Suite 2900
222 West Adams Street
Chicago, IL 60606
217-572-1613
jrupcich@cassiday.com