E-FILED
Wednesday, 06 November, 2019  12:06:49 PM
Clerk, U.S. District Court, ILCD

181057

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

ANTHONY GAY,

    Plaintiffs,

  v.

THE STATE OF ILLINOIS, JOHN
BALDWIN, JEFF SIMS, SHANE EISTER,
DR. DOE 1, MELVIN HINTON, SYLVIA
BUTLER, KELLY ANN RENZI, WILLIAM
PUGA, DR. CHESS, DR. NUNEZ,
WEXFORD HEALTH SOURCES, INC. and
DOES 2-5,

    Defendants.

No. 1:19-cv-01133-CSB

Judge Harold Baker

## AMENDED CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENT

TO: See Attached Service List

  I hereby certify that in accordance with Fed. R. Civ P. 5, LR 5.5, and the General Order on Electronic Case Filing, the following discovery documents were served upon the attorneys of record or parties set forth below on November 5, 2019, at or before 6:00 p.m., by transmitting via email to all primary and secondary email address of record:

  **Defendant Dr. Pierre Nunez's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1)**.

    /s/Patrice A. Serritos
    Patrice A. Serritos

DONOHUE BROWN MATHEWSON & SMYTH LLC
Stetson F. Atwood (ARDC # 06224408)
Laura Coffey Ieremia (ARDC # 06317075)
140 South Dearborn Street, Suite 800
Chicago, IL 60603
(312) 422-0900
service@dbmslaw.com; atwood@dbmslaw.com; ieremia@dbmslaw.com

**SERVICE LIST - 1:19-cv-01133-CSB**

Alexis G. Chardon
Weil & Chardon LLC
333 S. Wabash Avenue
Suite 2700
Chicago, IL 60604
ali@weilchardon.com

Maggie E. Filler
Roderick & Solange MacArthur Justice Center
160 East Grand Avenue, 6th Floor
Chicago, IL 60611
maggie.filler@macarthurjustice.org

Daniel M. Greenfield
Roderick & Solange MacArthur Justice Center
Northwestern University
Pritzker School of Law
375 East Chicago Avenue
Chicago, IL 60611
daniel-greenfield@law.northwestern.edu

Antonio M. Romanucci
Romanucci & Blandin, LLC
321 North Clark Street
Suite 900
Chicago, IL 60654
amr@rblaw.net

Nicolette A. Ward
Romanucci & Blandin, LLC
321 North Clark Street
Suite 900
Chicago, IL 60654
nward@rblaw.net

Stephen H. Weil
Loevy & Loevy
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
steve@weilchardon.com; steve@loevy.com;

Joseph N. Rupcich
Cassiday Schade LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
jrupcich@cassiday.com

Rachael N. Hayes
Cassiday Schade LLP
111 North Sixth Street
2nd Floor
Springfield, IL  62701
rhayes@cassiday.com

Nicholas S. Staley
Phillip W. Rehani
Office of the Illinois Attorney General
100 West Randolph Street
13th Floor
Chicago, IL 60601
nstaley@atg.state.il.us
prehani@atg.state.il.us