AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY GAY,<br><br>        Plaintiff,<br><br>v.<br><br>THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5,<br><br>        Defendants. | No. 19-cv-01133<br><br>Judge Colin Stirling Bruce |

## APPEARANCE OF COUNSEL

To:   The clerk of the court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WEXFORD HEALTH SOURCES, INC., KELLY RENZI, PSY.D., and WILLIAM PUGA, M.D.

| | |
|---|---|
| Date:   November 18, 2019 | /s/ Jessica N. Klaus<br>*Attorney's Signature*<br><br>Jessica N. Klaus/ 6315478<br>*Printed Name and Bar Number*<br><br>111 North Sixth Street, 2nd Floor<br>Springfield, IL 62701<br>*Address*<br><br>jklaus@cassiday.com<br>*E-mail Address*<br><br>(217) 572-1714<br>*Telephone Number*<br><br>(217) 572-1613<br>*Fax Number* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2019, I electronically filed the foregoing Appearance of Counsel with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Antonio M. Romanucci, Nicolette A. Ward
Romanucci & Blandin, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
aromanucci@rblaw.net
nward@rblaw.net

Maggie E. Filler,
Roderick and Solange MacArthur Justice Center
160 E. Grand Avenue, 6th Floor
Chicago, IL  60611
Maggie.filler@marcarthurjustice.org

Stephen H. Weil, Esq.
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago IL 60607
weil@loevy.com

Nicholas S. Staley, Thor Inouye, Philip Rehani
Office of the Illinois Attorney General
100 W. Randolph Street, 13th Floor
Chicago IL 60601
nstaley@atg.state.il.us
prehani@atg.state.il.us

Stetson F. Atwood, Laura Ieremia,
Donohue Brown Mathewson & Smyth, LLC
140 S. Dearborn Street, Suite 800
Chicago, IL 60603
atwood@dbmslaw.com
ieremia@dbmslaw.com

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.

                                            /s/ Jessica N. Klaus

9330311 JKLAUS;MCOVEY