044653/19344/JNR

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| ANTHONY GAY,<br><br>             Plaintiff,<br><br>v.<br><br>THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5,<br><br>             Defendants. | No. 19-cv-01133<br><br>Judge Colin Stirling Bruce |

### CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENT

To:     See Attached Service List

     The undersigned, under penalties as provided by law states that on November 18, 2019, the following discovery document was served by mailing a copy to each person to whom directed:

### Defendants' Rule 26 Initial Disclosures

                                                                          /s/ Jessica N. Klaus

Jessica N. Klaus, 6315478
CASSIDAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
(217) 572-1714
(217) 572-1613 (Fax)
Attorneys for WEXFORD HEALTH SOURCES, INC., KELLY RENZI, PSY.D., and WILLIAM PUGA, M.D.

044653/19344/JNR
ANTHONY GAY v. THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5

## SERVICE LIST

Antonio M. Romanucci, Nicolette A. Ward
Romanucci & Blandin, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
aromanucci@rblaw.net
nward@rblaw.net

Maggie E. Filler, Esq.
Roderick and Solange MacArthur Justice Center
745 Atlantic Avenue, 8th Floor
Boston, MA 02111
maggie.filler@macarthurjustice.org

Daniel M. Greenfield, Esq.
MacArthur Justice Center Northwestern Pritzker School of Law
375 E. Chicago Avenue
Chicago, IL 60611
daniel-greenfield@law.northwestern.edu

Stephen H. Weil, Esq.
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago IL 60607
weil@loevy.com

Nicholas S. Staley, Thor Inouye, Philip Rehani
Office of the Illinois Attorney General
100 W. Randolph Street, 13th Floor
Chicago IL 60601
nstaley@atg.state.il.us
tinouye@atg.state.il.us
prehani@atg.state.il.us

Stetson F. Atwood, Laura Ieremia
Donohue Brown Mathewson & Smyth, LLC
140 S. Dearborn Street, Suite 800
Chicago, IL 60603
stetson.atwood@dbmslaw.com, shelly.harders@dbmslaw.com, ieremia@dbmslaw.com, becker@dmbslaw.com

9330349 JKLAUS;MCOVEY

2