IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Anthony Gay, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:19-CV-01133 |
| John Baldwin *et al.*, | ) ) Judge Harold A. Baker ) |
| Defendants. | ) Magistrate Judge Eric I. Long ) |

## MOTION TO WITHDRAW ALEXIS CHARDON AS COUNSEL

Now comes Plaintiff, through his counsel, and moves this Court to withdraw Alexis Garmey Chardon as counsel, and in support states:

1. Plaintiff Anthony Gay is represented by Stephen Weil of the law firm Loevy & Loevy (formerly of Weil & Chardon LLC), Antonio Romanucci and Nicolette Ward of the law firm Romanucci & Blandin LLC, and Magie Filler of the Roderick and Solange MacArthur Justice Center.

2. Alexis Chardon (formerly of Weil & Chardon LLC) has entered an appearance on behalf of Plaintiff but is in the process of moving and transitioning her practice out-of-state.

3. No party will be prejudiced by the withdrawal of Alexis Chardon.

**WHEREFORE**, Plaintiff respectfully requests that this Court allow Alexis Chardon to withdraw as counsel for Plaintiff.

Date:  January 23, 2020

Respectfully submitted,

/s/ *Alexis Garmey Chardon*

Alexis G. Chardon – ali@weilchardon.com
The Law Office of Alexis G. Chardon
c/o Platform Coworking
4422 N. Ravenswood

Chicago, IL 60640
312-585-7404

Stephen H. Weil – weil@loevy.com
Loevy & Loevy
311 North Aberdeen St., 3d Floor
Chicago, IL 60607
312-243-5900

Antonio Romanucci – aromanucci@rblaw.net
Nicolette Ward – nward@rblaw.net
Romanucci & Blandin LLC
321 N. Clark Street
Suite 900
Chicago, IL 60654
312-458-1000

Maggie Filler –
 Maggie.filler@macurthurjustic.org
Roderick and Solange MacArthur Justice
 Center
375 E. Chicago Avenue
Chicago, IL 60611

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 23, 2020, a true and correct copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's ECF electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                              /s/ Alexis Garmey Chardon