AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| Anthony Gay | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-cv-01133 |
| John Baldwin, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Anthony Gay.

Date: 02/03/2020

/s/ Sarah Grady
*Attorney's signature*

Sarah Grady #6312933
*Printed name and bar number*

Loevy & Loevy
311 N. Aberdeen, 3rd FL
Chicago, IL 60607
*Address*

sarah@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

Anthony Gay )
*Plaintiff* )
v. ) Case No. 19-cv-01133
John Baldwin, et al. )
*Defendant* )

CERTIFICATE OF SERVICE

I certify that on  02/03/2020  , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

All Counsel of Record,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

_____.

/s/ Sarah Grady
*Attorney's signature*

Sarah Grady #6312933
*Printed name and bar number*

Loevy & Loevy
311 N. Aberdeen, 3rd FL
Chicago, IL 60607
*Address*

sarah@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*Fax number*