044653/19344/JNR

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY GAY,<br><br>    Plaintiff,<br><br>v.<br><br>THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5,<br><br>    Defendants. | No. 19-cv-01133<br><br>Judge Colin Stirling Bruce |

### CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENTS

To:     See Attached Service List

The undersigned, under penalties as provided by law states that on February 10, 2020, the following discovery documents were served by mailing a copy to each person to whom directed:

**Puga Answers to Interrogatories**
**Renzi Answers to Interrogatories**
**Wexford's Objections to Interrogatories**
**Response to Request for Production**

CASSIDAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
(217) 572-1714
(217) 572-1613 (Fax)
Attorneys for WEXFORD HEALTH SOURCES, INC., KELLY RENZI, PSY.D., and WILLIAM PUGA, M.D.

044653/19344/JNR
ANTHONY GAY v. THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5

## SERVICE LIST

Antonio M. Romanucci, Esq.
Nicolette A. Ward, Esq.
Romanucci & Blandin, LLC
321 N. Clark Street
Suite 900
Chicago, IL 60654
(312) 458-1000
(312) 458-1004 (Fax)
aromanucci@rblaw.net
nward@rblaw.net

Maggie E. Filler, Esq.
Roderick and Solange MacArthur Justice Center
745 Atlantic Avenue
8th Floor
Boston, MA 02111
(857) 284-1455 (Phone)
(857) 284-8049 (Fax)
maggie.filler@macarthurjustice.org

Daniel M. Greenfield, Esq.
MacArthur Justice Center Northwestern Pritzker School of Law
375 E. Chicago Avenue
Chicago, IL 60611
(312) 503-1271
daniel-greenfield@law.northwestern.edu

Stephen H.Weil
Sarah Grady
Jon Loevy
Arthur Loevy
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago IL 60607
arthur@loevy.com
sarah@loevy.com
jon@loevy.com

044653/19344/JNR

ANTHONY GAY v. THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5

ATTORNEYS FOR JOHN BALDWIN, JEFF SIMS, SHANE REISTER, MELVIN HINTON, SYLVIA BUTLER:
Nicholas S. Staley, Esq.
Thor Inouye, Esq.
Alan Remy Taborga, Esq.
Office of the Illinois Attorney General
100 W. Randolph Street
13th Floor
Chicago IL 60601
(312) 814-3588
nstaley@atg.state.il.us
tinouye@atg.state.il.us
ATaborga@atg.state.il.us

ATTORNEYS FOR DR. NUNEZ:
Stetson F. Atwood, Esq.
Laura Ieremia, Esq.
Donohue Brown Mathewson & Smyth, LLC
140 S. Dearborn Street
Suite 800
Chicago, IL 60603
(312) 422-0900
(312) 422-0909 (Fax)
stetson.atwood@dbmslaw.com
shelly.harders@dbmslaw.com
ieremia@dbmslaw.com
becker@dmbslaw.com

9410513 JKLAUS;MCOVEY