E-FILED
Wednesday, 12 February, 2020  04:19:01 PM
Clerk, U.S. District Court, ILCD

044653/19344/JNR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

ANTHONY GAY,

        Plaintiff,

v.

THE STATE OF ILLINOIS, JOHN BALDWIN,
JEFF SIMS, SHANE REISTER, DR. DOE 1,
MELVIN HINTON, SYLVIA BUTLER, KELLY
ANN RENZI, WILLIAM PUGA, DR. CHESS,
DR. NUNEZ, WEXFORD HEALTH SOURCES,
INC., and DOES 2-5,

        Defendants.

No. 19-cv-01133

Judge Colin Stirling Bruce

## CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENT

To:    See Attached Service List

The undersigned, under penalties as provided by law states that on February 10, 2020, the following discovery document was served by mailing a copy to each person to whom directed:

## Wexford's Answers to Interrogatories

        /s/ Jessica N. Klaus

Jessica N. Klaus
6315478
CASSIDAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
(217) 572-1714
(217) 572-1613 (Fax)
Attorneys for WEXFORD HEALTH SOURCES, INC., KELLY RENZI, PSY.D., and WILLIAM
PUGA, M.D.

044653/19344/JNR

ANTHONY GAY v. THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5

## SERVICE LIST

Antonio M. Romanucci, Esq.
Nicolette A. Ward, Esq.
aromanucci@rblaw.net
nward@rblaw.net

Maggie E. Filler, Esq.
maggie.filler@macarthurjustice.org

Daniel M. Greenfield, Esq.
daniel-greenfield@law.northwestern.edu

Stephen H.Weil
Sarah Grady
Jon Loevy
Arthur Loevy
arthur@loevy.com
sarah@loevy.com
jon@loevy.com

Nicholas S. Staley, Esq.
Thor Inouye, Esq.
Alan Remy Taborga, Esq.
nstaley@atg.state.il.us
tinouye@atg.state.il.us
ATaborga@atg.state.il.us

Stetson F. Atwood, Esq.
Laura Ieremia, Esq.
stetson.atwood@dbmslaw.com
shelly.harders@dbmslaw.com
ieremia@dbmslaw.com
becker@dmbslaw.com

9410513 JKLAUS;MCOVEY