# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | | |
|---|---|---|
| ANTHONY GAY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 19-cv-01133 |
| | ) | |
| v. | ) | Judge Colin Sterling Bruce |
| | ) | Magistrate Eric I. Long |
| JOHN BALDWIN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO SUBSTITUTE COUNSEL

Defendants, Rob Jeffreys, John Baldwin, Jeff Sims, Shane Reister, Melvin Hinton, Sylvia Butler, and Jamie Chess (the "IDOC Defendants") by and through their attorney, Kwame Raoul, Illinois Attorney General, hereby move to substitute counsel, In support thereof, Defendants state as follows:

1. Assistant Attorney General, Thor Inouye, is no longer assigned to this matter.

2. Assistant Attorney General, Nicholas Staley, is now both assigned to represent the above-named Defendants in this matter, and has entered his appearance.

3. It is requested that Assistant Attorney General, Thor Inouye, be terminated as counsel for the above-named Defendants.

WHEREFORE, Defendants respectfully requests that this honorable Court allow the substitution of Assistant Attorney General, Nicholas Staley, for Assistant Attorney General, Thor Inouye, and that Assistant Attorney General, Thor Inouye, be terminated as counsel for the Defendants named herein.

Dated: February 26, 2020

                                                            Respectfully Submitted,

KWAME RAOUL                     By:    /s/ *Nicholas S. Staley*
Attorney General of Illinois                 NICHOLAS S. STALEY
                                                            Unit Supervisor, Prisoner Litigation
                                                           General Law Bureau
                                                           Office of the Illinois Attorney General
                                                           100 West Randolph Street, 13th Floor
                                                           Chicago, Illinois 60601
                                                           (312) 814-3953
                                                           nstaley@atg.state.il.us

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on February 26, 2020, he electronically filed the foregoing document with the Clerk of the Court for the Central District of Illinois by using the CM/ECF system. All participants in the case are registered CM/ECF users who will be served by the CM/ECF system.

                                                         */s/ Nicholas S. Staley*
                                                         NICHOLAS S. STALEY