181057

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

ANTHONY GAY,

    Plaintiff,

v.

JOHN BALDWIN, ROB JEFFREYS, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC. and MICHAEL MELVIN, TERRI KENNEDY, EMILY RUSKIN, JOHN VARGA, JUSTIN WILKS, SONJA NICKLAUS, and DOES 2-5,

    Defendants.

No. 1:19-cv-01133-CSB

Judge Harold Baker

## CERTIFICATE OF SERVICE

I hereby certify that in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing, the following discovery documents were served upon the attorneys of record or parties set forth below on March 16, 2020, at or before 5:00 p.m., by transmitting via email to all primary and secondary email addresses of record and by U.S. Mail to Cassiday Schade LLP:

    **Dr. Nunez' Answers to Interrogatories**
    **Dr. Nunez' Responses to Requests to Produce**

DONOHUE BROWN MATHEWSON & SMYTH LLC

By:  /s/ Laura Coffey Ieremia
      Laura Coffey Ieremia

DONOHUE BROWN MATHEWSON & SMYTH LLC
Stetson F. Atwood (ARDC # 06224408)
Laura Coffey Ieremia (ARDC # 06317075)
140 South Dearborn Street, Suite 800
Chicago, IL 60603
(312) 422-0900
service@dbmslaw.com; atwood@dbmslaw.com; ieremia@dbmslaw.com

**SERVICE LIST**

Antonio M. Romanucci
Nicolette A. Ward
Romanucci & Blandin, LLC
321 North Clark Street, Suite 900
Chicago, IL 60654
312-458-1000
amr@rblaw.net
nward@rblaw.net

Daniel M. Greenfield
Maggie E. Filler
Roderick & Solange MacArthur Justice Center
Northwestern University
Pritzker School of Law
375 East Chicago Avenue
Chicago, IL 60611
312-503-8538
daniel-greenfield@law.northwestern.edu
maggie.filler@macarthurjustice.org

Stephen H. Weil
Loevy & Loevy
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312.243.5900
steve@weilchardon.com; steve@loevy.com;

Jessica N. Klaus
Joseph N. Rupcich
Cassiday Schade LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
217.572.1714
jrupcich@cassiday.com (Served by U.S. Mail)
jklaus@cassiday.com (Served by U.S. Mail)

Nicholas S. Staley
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, IL 60601
312.814.3711
nstaley@atg.state.il.us