## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| ANTHONY GAY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 19-cv-01133 |
| | ) | |
| v. | ) | Judge Harold A. Baker |
| | ) | Magistrate Eric I. Long |
| JOHN BALDWIN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**IDOC DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants, Rob Jeffreys, John Baldwin, Jeff Sims, Shane Reister, Melvin Hinton, Sylvia Butler, and Jamie Chess (the "IDOC Defendants") by and through their attorney, Kwame Raoul, Illinois Attorney General, hereby move for an extension of time to answer or otherwise plead to Plaintiff's Amended Complaint. In support thereof, Defendants state as follows:

1. On March 7, 2020, Plaintiff filed his Amended Complaint in this matter. *See* Dkt. 82.

2. Pursuant to FED. R. CIV. P. 15(a)(3) and Rule 6(a)(1)(C), the IDOC Defendants' answer to Plaintiff's Amended Complaint is due March 23, 2020.

3. As of the filing of this motion there are six recently named defendants who have yet to appear; Michael Melvin, Terri Kennedy, Emily Ruskin, John Varga, Justin Wilks, and Sonja Nicklaus.

4. The Office of the Illinois Attorney General ("OAG") expects to represent these recently named defendants. However, the OAG has not yet processed any

requests for representation for these individuals and thus, cannot take any action on their behalf.

5. The undersigned believes requests for representation will be forthcoming. Once the OAG receives requests for representation, the undersigned will need to confer with those defendants regarding any responsive pleading or potential motion to be filed.

6. In the interests of efficiency, the undersigned requests that the deadline for the IDOC Defendants to file their motion to dismiss or any responsive pleading be extended to fourteen (14) after the date on which the additional defendants appear.

7. This will allow all defendants represented by the OAG to answer or otherwise plead together and will alleviate unnecessary motion practice.

8. On March 23, 2020, the undersigned conferred with Plaintiff's counsel and confirmed there is no objection to this motion.

9. This motion is brought in good faith and not for purposes of undue delay or any other improper purpose. In addition, the parties will not be unduly prejudiced should this motion be granted.

WHEREFORE, the IDOC Defendants request that the deadline to file their motion to dismiss or any responsive pleading be extended to fourteen (14) after the date on which the additional defendants appear, and for such further relief as the Court finds reasonable and just.

Dated: March 23, 2020

                Respectfully Submitted,

KWAME RAOUL      By: */s/ Nicholas S. Staley*
Attorney General of Illinois      NICHOLAS S. STALEY
                Unit Supervisor, Prisoner Litigation
                General Law Bureau
                Office of the Illinois Attorney General
                100 West Randolph Street, 13th Floor
                Chicago, Illinois 60601
                (312) 814-3953
                nstaley@atg.state.il.us

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that on March 23, 2020, he electronically filed the foregoing document with the Clerk of the Court for the Central District of Illinois by using the CM/ECF system. All participants in the case are registered CM/ECF users who will be served by the CM/ECF system.

                                                   /s/ *Nicholas S. Staley*
                                                   NICHOLAS S. STALEY