# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY GAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 19-CV-1133 |
| vs. ) | |
| ) | |
| JOHN BALDWIN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE FOR DEFENDANTS

Now Comes Kwame Raoul, Attorney General for the State of Illinois, by Alan Remy Taborga, Assistant Attorney General, State of Illinois, and hereby enters his appearance as counsel on behalf of Defendants, Rob Jeffreys and John Varga, in the above cause brought by the Plaintiff, Anthony Gay.

Dated: April 14, 2020

Kwame Raoul
Attorney General
State of Illinois
*Counsel for Defendants,*
JOHN BALDWIN, SYLVIA BUTLER,
JAMIE CHESS, MELVIN HINTON, ROB
JEFFREYS, SHANE REISTER, JEFF SIMS,
and JOHN VARGA

Respectfully submitted,

By:   *s/   Alan Remy Taborga*
        Alan Remy Taborga
        Assistant Attorney General
        Office of the Illinois Attorney General
        1776 East Washington Street
        Urbana, Illinois 61802
        Phone: (217) 278-3332
        E-Mail: ATaborga@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2020, I electronically filed the foregoing *Notice of Appearance for Defendants*, with the Clerk of Court using the CM/ECF system, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following participants:

| | |
|---|---|
| Antonio M. Romanucci<br>Nicolette Anne Ward<br>ROMANUCCI & BLANDIN LLC<br>aromanucci@rblaw.net<br>nward@rblaw.net | Joseph N Rupcich<br>Jessica Nicole Klaus<br>CASSIDAY SCHADE LLP<br>jrupcich@cassiday.com<br>jklaus@cassiday.com |
| Maggie E. Filler<br>RODERICK AND SOLANGE MACARTHUR JUSTICE CENTER<br>maggie.filler@macarthurjustice.org | Stetson F. Atwood<br>Laura Coffey Ieremia<br>DONOHUE BROWN MATHEWSON & SMYTH LLC<br>atwood@dbmslaw.com<br>ieremia@dbmslaw.com |
| Stephen H. Weil<br>Arthur Loevy<br>Jonathan I. Loevy<br>Sarah C. Grady<br>LOEVY & LOEVY<br>weil@loevy.com<br>arthur@loevy.com<br>jon@loevy.com<br>sarah@loevy.com | |

Respectfully submitted,

By:   *s/   Alan Remy Taborga*
     Alan Remy Taborga
     Assistant Attorney General
     Office of the Illinois Attorney General
     1776 East Washington Street
     Urbana, Illinois 61802
     Phone: (217) 278-3332
     E-Mail: ATaborga@atg.state.il.us