044653/19344/JNR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY GAY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5,<br><br>　　　　　Defendants. | No. 19-cv-01133<br><br>Judge Colin Stirling Bruce |

## CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENTS

To:　　See Attached Service List

　　　The undersigned, under penalties as provided by law states that on May 19, 2020, the following discovery documents were served by mailing a copy to each person to whom directed:

**Supplemental Answers to Interrogatories**
**Supplemental Response to Request to Produce**

　　　　　　　　　　　　　　　　　　　　/s/ Joseph N. Rupcich

Joseph N. Rupcich
6283899
CASSIDAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
(217) 572-1714
(217) 572-1613 (Fax)
Attorneys for WEXFORD HEALTH SOURCES, INC., KELLY RENZI, PSY.D., and WILLIAM PUGA, M.D.

044653/19344/JNR
ANTHONY GAY v. THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5

## SERVICE LIST

Antonio M. Romanucci, Esq.
Nicolette A. Ward, Esq.
aromanucci@rblaw.net
nward@rblaw.net

Maggie E. Filler, Esq.
maggie.filler@macarthurjustice.org

Daniel M. Greenfield, Esq.
daniel-greenfield@law.northwestern.edu

Stephen H. Weil
Sarah Grady
Jon Loevy
Arthur Loevy
arthur@loevy.com
sarah@loevy.com
jon@loevy.com

Nicholas S. Staley, Esq.
Thor Inouye, Esq.
Alan Remy Taborga, Esq.
nstaley@atg.state.il.us
tinouye@atg.state.il.us
ATaborga@atg.state.il.us

Stetson F. Atwood, Esq.
Laura Ieremia, Esq.
stetson.atwood@dbmslaw.com
shelly.harders@dbmslaw.com
ieremia@dbmslaw.com
becker@dmbslaw.com

9498601 JKLAUS;MCOVEY