044653/19344/JNR

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| ANTHONY GAY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5,<br><br>　　　　　Defendants. | No. 19-cv-01133<br><br>Judge Colin Stirling Bruce |

## NOTICE OF SUBPOENAS

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant, WEXFORD HEALTH SOURCES, INC., KELLY RENZI, PSY.D., and WILLIAM PUGA, M.D., by and through their attorneys, CASSIDAY SCHADE LLP, have issued Subpoenas upon (1) Custodian of Medical Records, Memorial Hospital of Chester, 1900 State St., Chester, IL 62233; (2) Custodian of Medical Records, Memorial Hospital of Carbondale, 405 W. Jackson St., Carbondale, IL 62901; (3) Custodian of Medical Records, Health Information Management, UIC, 833 S. Wood St., Suite B-52, (M/C 772), Chicago, IL 60612, and; (4) Custodian of Medical Records, OSF St. James – John W. Albrecht Medical Center, 2500 W. Reynolds St., Pontiac, IL 61764.

Respectfully submitted,

CASSIDAY SCHADE LLP

By: /s/ Jessica N. Klaus
Attorneys for WEXFORD HEALTH SOURCES, INC., KELLY RENZI, PSY.D., and WILLIAM PUGA, M.D.

Jessica N. Klaus
ARDC No. 6315478
CASSIDAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
(217) 572-1714
(217) 572-1613 (Fax)
jklaus@cassiday.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 1, 2020, I electronically filed the foregoing Notice of Subpoenas with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

ATTORNEYS FOR JOHN BALDWIN, JEFF SIMS, SHANE REISTER, MELVIN HINTON, SYLVIA BUTLERand JOHN VARGA:
Nicholas S. Staley, Esq.
Thor Inouye, Esq.
Alan Remy Taborga, Esq.
Office of the Illinois Attorney General
100 W. Randolph Street
13th Floor
Chicago IL 60601
(312) 814-3588
nstaley@atg.state.il.us
tinouye@atg.state.il.us
ATaborga@atg.state.il.us

ATTORNEYS FOR DR. NUNEZ:
Stetson F. Atwood, Esq.
Laura Ieremia, Esq.
Donohue Brown Mathewson & Smyth, LLC
140 S. Dearborn Street
Suite 800
Chicago, IL 60603
(312) 422-0900
(312) 422-0909 (Fax)
stetson.atwood@dbmslaw.com
shelly.harders@dbmslaw.com
ieremia@dbmslaw.com
becker@dmbslaw.com

    and I hereby certify that a true and correct copy of the foregoing Notice of Subpoenas was served via regular mail to the following non-CM-ECF participant at the following address by depositing the same in the U.S. mail located in Springfield, Illinois, with proper postage prepaid, on June 1, 2020. Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct:

3

Antonio M. Romanucci, Esq.
Nicolette A. Ward, Esq.
Romanucci & Blandin, LLC
321 N. Clark Street
Suite 900
Chicago, IL 60654
(312) 458-1000
(312) 458-1004 (Fax)
aromanucci@rblaw.net
nward@rblaw.net

Maggie E. Filler, Esq.
Roderick and Solange MacArthur Justice Center
745 Atlantic Avenue
8th Floor
Boston, MA 02111
(857) 284-1455 (Phone)
(857) 284-8049 (Fax)
maggie.filler@macarthurjustice.org

Daniel M. Greenfield, Esq.
MacArthur Justice Center Northwestern Pritzker School of Law
375 E. Chicago Avenue
Chicago, IL 60611
(312) 503-1271
daniel-greenfield@law.northwestern.edu

Stephen H. Weil, Esq.
Sarah Grady
Jon Loevy
Arthur Loevy
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago IL 60607
arthur@loevy.com
sarah@loevy.com
jon@loevy.com

/s/ Jessica N. Klaus

9507126 JKLAUS;DEASTRID