AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| ANTHONY GAY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE STATE OF ILLINOIS, JOHN BALDWIN, JEFF SIMS, SHANE REISTER, DR. DOE 1, MELVIN HINTON, SYLVIA BUTLER, KELLY ANN RENZI, WILLIAM PUGA, DR. CHESS, DR. NUNEZ, WEXFORD HEALTH SOURCES, INC., and DOES 2-5,<br><br>　　　　　Defendants. | No. 19-cv-01133<br><br>Judge Colin Stirling Bruce |

## APPEARANCE OF COUNSEL

To:   The clerk of the court and all parties of record

　　　I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

　　　WEXFORD HEALTH SOURCES, INC., KELLY RENZI, PSY.D., and WILLIAM PUGA, M.D.

| | |
|---|---|
| Date:  September 11, 2020 | /s/ Joy C. Syrcle |
| | *Attorney's Signature* |
| | Joy C. Syrcle / 6302066 |
| | *Printed Name and Bar Number* |
| | 111 North Sixth Street, 2nd Floor<br>Springfield, IL 62701 |
| | *Address* |
| | jsyrcle@cassiday.com |
| | *E-mail Address* |
| | (217) 572-1714 |
| | *Telephone Number* |
| | (217) 572-1613 |
| | *Fax Number* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2020, I electronically filed the foregoing Appearance of Counsel with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Nicholas S. Staley, Esq.
Thor Inouye, Esq.
Alan Remy Taborga, Esq.
Office of the Illinois Attorney General
100 W. Randolph Street, 13th Floor
Chicago IL 60601

Stetson F. Atwood, Esq.
Laura Ieremia, Esq.
Donohue Brown Mathewson & Smyth, LLC
140 S. Dearborn Street, Suite 800
Chicago, IL 60603

Antonio M. Romanucci, Esq.
Nicolette A. Ward, Esq.
Romanucci & Blandin, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654

Maggie E. Filler, Esq.
Roderick and Solange MacArthur Justice Center
745 Atlantic Avenue, 8th Floor
Boston, MA 02111

Daniel M. Greenfield, Esq.
MacArthur Justice Center Northwestern Pritzker School of Law
375 E. Chicago Avenue
Chicago, IL 60611

Stephen H. Weil, Esq.
Sarah Grady
Jon Loevy
Arthur Loevy
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago IL 60607

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct:

                                      /s/ Joy C. Syrcle

9550092 JSYRCLE;SPRESSLE